# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ANTONIO ZAVALA,**

CASE NO: **1:21–CV–01631–JLT–SKO**

v.

**SALVADOR REIGOSA, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 4/5/2022**

**Keith Holland**
Clerk of Court

ENTERED: **April 5, 2022**

by: /s/ S. Sant Agata
Deputy Clerk